**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Time Out Properties, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)   **82-0611530** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **401 E. Las Olas Blvd, Ste 130-161**<br>**Fort Lauderdale, FL 33301**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Time Out Properties, LLC**                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-----------------|------|-----------------|-------------|-----------------|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

| Debtor | **Time Out Properties, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Debtor | **TOPPOS, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|

List all cases. If more than 1, attach a separate list

| | District | **Eastern District of North Carolina, Fayetteville Division** | When | **10/05/23** | Case number, if known | **23-02889-5-PWM** |
|---|---|---|---|---|---|---|

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Time Out Properties, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 20, 2024**
MM / DD / YYYY

**X /s/ Neil Carmichael Bender, II**                          **Neil Carmichael Bender, II**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X /s/ Bradley S. Shraiberg**                     Date   **September 20, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561 443 0800**      Email address   **bss@slp.law**

**121622 FL**
Bar number and State

## <u>CERTIFICATE OF LIMITED LIABILITY COMPANY RESOLUTION</u>

We, the board of managers (the "<u>Board</u>") of **Time Out Properties, LLC** (the "<u>Company</u>"), a limited liability company incorporated under the laws of the State of Delaware, do hereby certify that a special meeting of the Board, held in accordance with state law and the bylaws of the Company, duly called on the **19th day of September 2024**, the following resolutions, none of which have been rescinded or amended, were adopted and all of which are in full force and effect.

1.  RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, that the Company file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "<u>Bankruptcy</u>") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is hereby authorized, and the Company shall initiate the Bankruptcy; and it is further

2.  RESOLVED, that **Neil Carmichael Bender, II** (the "<u>Authorized Officer</u>"), is hereby designated as the responsible person to act on behalf of the Company, and the Authorized Officer shall be authorized and directed to execute and file a petition in the name of the Company under chapter 11 of the Bankruptcy Code, and cause the Bankruptcy to be filed in the United States Bankruptcy Court for the Southern District of Florida (the "<u>Court</u>"), and file schedules, lists, affidavits and other papers in the name of the Company, and take any and all action they deem necessary or proper in connection with the Bankruptcy; and it is further

3.  RESOLVED, that the Company is authorized to employ the law offices of **Shraiberg Page, P.A.** ("<u>SP</u>") as its attorneys in connection with the Bankruptcy under such terms and conditions as the Authorized Officer, in his sole discretion, deems appropriate until further direction of the Board; *provided, however,* that the Company is authorized to pay SP a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and it is further

4.  RESOLVED, that the Company, subject to authorization of the Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as the Authorized Officer, in his sole discretion, deem appropriate until further direction of the Board, and with payment being subject to award by the Court.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal this _17_ day of September 2024.

**Time Out Properties, LLC**

By: _____

Neil Carmichael Bender, II, Manager

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Time Out Properties, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 19, 2024          X _Neil Carmichael Bender_
                                            Signature of individual signing on behalf of debtor

                                            **Neil Carmichael Bender, II**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Time Out Properties, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **21st Communities, Inc.**<br>**Attn: Manager, Officer, Agent**<br>**P.O. Box 220**<br>**Knoxville, TN 37901-0220** | | | | | | **Unknown** |
| **21st Mortgage Corporation**<br>**Attn: Ann Wilkins**<br>**620 Market Street, Suite 100**<br>**Knoxville, TN 37902** | | | | **$4,381,617.70** | **Unknown** | **Unknown** |
| **Affordable Resorts, LLC**<br>**Attn: Manager, Officer, Agent**<br>**664 Ben Greene Industrial Park Dr**<br>**Elizabethtown, NC 28337-9800** | | | | | | **Unknown** |
| **Alan Thompson Thompson, Price, Scott & Company, PA**<br>**1001 Winstead Dr**<br>**Suite 255**<br>**Cary, NC 27513** | | | | | | **Unknown** |
| **American Express Travel Related Services Company, Inc.**<br>**200 Vesey Street**<br>**New York, NY 10280** | | **Settlement** | | | | **$87,867.27** |

Debtor **Time Out Properties, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Austin Shapiro 31550 Northwestern Hwy, Suite 220 Farmington, MI 48334** | | **Notice Only - Receiver** | | | | **Unknown** |
| **Bayside MHC, LLC Attn: Manager, Officer, Agent 401 East 11th St Lumberton, NC 28358-4807** | | | | | | **Unknown** |
| **Bladen County Tax Office Attn: Manager, Officer, Agent 201 East King St Elizabethtown, NC 28337** | | | | | | **Unknown** |
| **Blake Y. Boyette Buckmiller, Boyette & Frost, PLLC 4700 Six Forks Rd Suite 150 Raleigh, NC 27609-5288** | | | | | | **Unknown** |
| **Brendan A. Potts 2400 Catalina Lane Springfield, IL 62702-1105** | | | | | | **Unknown** |
| **Brittany Court MHP, LLC Attn: Manager, Officer, Agent 1030 North Grand Ave West East Building Springfield, IL 62702-4040** | | | | | | **Unknown** |
| **CHC TN, LLC Attn: Manager 3340 Lake View Dr Knoxville, TN 37919-6667** | | | | | | **Unknown** |
| **First Insurance Funding (Stetson) 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917** | | | | | | **$22,355.15** |

Debtor  **Time Out Properties, LLC**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greenstate Credit Union<br>Attn: Nate Christie<br>1805 John F. Kennedy Rd<br>Dubuque, IA 52002 | | | | $626,710.84 | Unknown | Unknown |
| M&T Realty Capital Corporation<br>Attn: Wendy LeBlanc, VP<br>One Light Street, 12th Floor<br>Baltimore, MD 21201 | | | | $2,728,241.00 | Unknown | Unknown |
| Northpoint Commercial Finance - TOC<br>PO Box 731751<br>Dallas, TX 75373-1751 | | | | $21,513,404.87 | Unknown | Unknown |
| StanCorp Mortgage Investors, LLC<br>Attn: Tanya Green<br>147 Wappoo Creek Drive, Suite 603<br>Charleston, SC 29412 | | | | | | $211,316.00 |
| Top Park Maintenance<br>Attn: Manager, Officer, Agent<br>401 East 11th St<br>Lumberton, NC 28358-4807 | | | | | | $30.00 |
| Triad Financial Services, Inc.<br>Attn: Insurance Department<br>13901 Sutton Park Drive South, Ste 300<br>Jacksonville, FL 32224 | | | | | | $19,652.65 |
| Wells Fargo Elite Card<br>PO Box 77066<br>Minneapolis, MN 55480-7766 | | | | | | $57,058.53 |

## United States Bankruptcy Court
### Southern District of Florida

In re   **Time Out Properties, LLC**        Case No. _____

Debtor(s)        Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **September 20, 2024** _____       **/s/ Neil Carmichael Bender, II** _____

                                                    **Neil Carmichael Bender, II/Manager**
                                                    Signer/Title

21st Communities, Inc.
Attn: Manager, Officer, Agent
P.O. Box 220
Knoxville, TN 37901-0220


21st Mortgage Corporation
Attn: Ann Wilkins
620 Market Street, Suite 100
Knoxville, TN 37902


21st Mortgage Corporation
PO Box 220
Knoxville, TN 37901


21st Mortgage Corporation
Attn: Lisa Sumner
4141 Parklake Ave, Suite 200
Raleigh, NC 27612-2333


Abbot Park MHC LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Affordable Resorts, LLC
Attn: Manager, Officer, Agent
664 Ben Greene Industrial Park Dr
Elizabethtown, NC 28337-9800


Alamac Village MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
AL 35330-1000


Alan Thompson
Thompson, Price, Scott & Company, PA
1001 Winstead Dr
Suite 255
Cary, NC 27513


American Express Travel Related
Services Company, Inc.
200 Vesey Street
New York, NY 10280


Austin Shapiro
31550 Northwestern Hwy, Suite 220
Farmington, MI 48334

Bayside MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Big C's MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301-4000

Bladen County Tax Office
Attn: Manager, Officer, Agent
201 East King St
Elizabethtown, NC 28337

Blake Y. Boyette
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Rd
Suite 150
Raleigh, NC 27609-5288

Brando Management Services, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301

Brendan A. Potts
2400 Catalina Lane
Springfield, IL 62702-1105

Brittany Court MHP, LLC
Attn: Manager, Officer, Agent
1030 North Grand Ave West
East Building
Springfield, IL 62702-4040

Brittany Court MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301

Brown Investment Properties, Inc.
PO Box 930
Greensboro, NC 27402

Brown Investment Properties, Inc.
1007 Battleground Ave, Suite 400
Greensboro, NC 27408

Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road
Suite 150
Raleigh, NC 27609-5288


Bullock MHP, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Bullock MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Cadillac Ranch MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Cape Fear MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Cedarbrook Estates MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Cedarbrook Estates MHP. LLC
Attn: Manager, Officer, Agent
1030 North Grand Ave West
East Building
Springfield, IL 62702-4040


Central Park 2 MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Central Park 3 MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


CHC TN LLC
520 W. Summit Hill Drive, Suite 801
Knoxville, TN 37902-2006

```
CHC TN LLC
Attn: Manager
3340 Lake View Drive
Knoxville, TN 37919-6667


City of Lumberton
Attn: Manager, Officer, Agent
500 North Cedar St
Lumberton, NC 28358-5545


City View MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Clayton Homes - Tru White Pine
Attn: Manager, Officer, Agent
2215 Walnut St
White Pine, TN 37890-3709


Countryside MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


County of Hoke
Attn: Manager, Officer, Agent
P.O. Box 217
Raeford, NC 28376-0217


Cumberland County Tax Admin.
Attn: Manager, Officer, Agent
117 Dick St
Room 530
Fayetteville, NC 28301-9604


Damisha Fairley
Attn: Sabrina O. Leshore-Cummings
The LeShore Law Firm, PLLC
401 N. Walnut Street
Lumberton, NC 28358


Damisha Fairley
Attn: Sabrina O. Leshore-Cummings
PO Box 13
Lumberton, NC 28359
```

Dogwood MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Eaglewood MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Eastview MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Edward A. Golden
Williams Overman Pierce, LLP
2501 Atrium Dr
Suite 500
Raleigh, NC 27607-6492


Erickson Cira, Valencia Joseph, et al.,
Attn: Carl Adam Barrington, III
Armstrong Barrington, PLLC
201 Alston Blvd, Suite A
Hampstead, NC 28443


Erickson Cira, Valencia Joseph, et al.,
Attn: Carl Adam Barrington, III
Armstrong Barrington, PLLC
PO Drawer 1148
Fayetteville, NC 28302


Estate of James E. Blount, Jr
McIntyre Law Office, PLLC
P.O. Box 1
Lumberton, NC 28359-0001


First Insurance Funding (Stetson)
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

```
Grand Valley MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Green Pines MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Greenstate Credit Union
Attn: Nate Christie
1805 John F. Kennedy Rd
Dubuque, IA 52002


Greenstate Credit Union
Attn: Legal
P.O. Box 800
North Liberty, IA 52317-0800


Greenstate Credit Union
PO Box 800
North Liberty, IA 52317-0800


Illinois Department of Labor
524 S. 2nd Street, Suite 400
Springfield, IL 62701


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


John C. Bircher, III
John C. Bircher III, Trustee
209 Pollock St
New Bern, NC 28560-4942


Jonathan Morton
Huggins, Davis & Associates
PO Box 1571
Lumberton, NC 28359
```

Joseph Zachary Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Rd
Suite 150
Raleigh, NC 27609-5288


Josh Stein
NC Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9000


Justin K. Humphries
The Humphries Law Firm, PC
1904 Eastwood Rd, Suite 310A
Wilmington, NC 28403


Kenneth Love
Karrenstein and Love, PLLC
10590 Independence Pointe Pkwy
Suite 200
Matthews, NC 28105


Kevin C. Baltz
Butler Snow, LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201


Laiken Estates MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Lisa P. Sumner
4141 Parklake Ave
Suite 200
Raleigh, NC 27612-2333


Littlefield Valley MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Littlefield Village MHP, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Littleton Storm & Timber Services, Inc.
1615 Sugar Hollow Road
Jacksonville, IL 62650


Littleton Storm & Timber Services, Inc.
Attn: Bradley B. Wilson, Esq.
Gates Wise Schlosser & Goebel
1231 South Eighth Street
Springfield, IL 62703


M&T Realty Capital Corporation
Attn: Wendy LeBlanc, VP
One Light Street, 12th Floor
Baltimore, MD 21201


Maple Creek MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Matthew W. Ring
2805 East Oakland Park Blvd, Suite 438
Fort Lauderdale, FL 33306


Mediterranean Avenue, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Michael Leon Martinez
521 East Morehead Street
Suite 440
Charlotte, NC 28202


Morgan County Treasurer
Attn: Manager, Officer, Agent
300 West State St
Jacksonville, IL 62650-2063


MR Property Group, Ltd.
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


NC Department of Revenue
Office Serv. Div, Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

```
Neil C. Bender, II
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Northpoint Commercial Finance - TOC
PO Box 731751
Dallas, TX 75373-1751


Northpoint Commercial Finance, LLC
251 Little Falls Drive
Wilmington, DE 19808


Northpoint Commercial Finance, LLC
PO Box 1445
Alpharetta, GA 30009-1445


Northpoint Commercial Finance, LLC
c/o Bradley, Attn: James Bailey
1819 Fifth Avenue North
Birmingham, AL 35203-2120


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Pamela Lewis
Attn: Richard Clarke Speaks
Speaks Law Firm
902 Market Street
Wilmington, NC 28401


Park Lake FInancial Solutions
Attn: Manager, Officer, Agent
108 Mactanly Pl
Staunton, VA 24401-2373


Patch Place MHC, LLC
Attn: Manager, Officer, Agent
1030 North Grand Ave West
East Building
Springfield, IL 62702-4040
```

Pine Log MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Pine Run Park MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Pinewood MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Pleasant Hope MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Prairie Knolls MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Preston W. Rollero
Hedrick Gardner Kincheloe & Garofalo, LL
4131 Parklake Ave, Suite 300
Raleigh, NC 27612


Randy Paswater
Barber, Segatto, Hoffee, Wilke & Cate
831 E. Monroe
Springfield, IL 62701


Ridgefield MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Robeson County Tax Collector
Attn: Andrea Oxendine
550 North Chesnut
2nd Floor
Lumberton, NC 28358-5551

Rolling Acres MHC, LLC
FDBA Rolling Hills Mobile Estates MHC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Ross B. Hofherr
Harris Beach, PLLC Attorneys at Law
100 Wall Street
New York, NY 10005


Royal Supply
835 North Valley Dell Dr
Fenton, MO 63026


Sampson County Tax Collector
Attn: Manager, Officer, Agent
406 County Complex Rd
Clinton, NC 28328-4847


Sangamon County Tax Collector
Attn: Manager, Officer, Agent
200 South 9th St
Springfield, IL 62701-1608


Schoolview MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Scottsdale MHP, LLC
Attn: Manager, Officer, Agent
1030 North Grand Ave West
East Building
Springfield, IL 62702-4040


Scottsdale MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


SEC Headquarters
100 F Street, NE
Washington, DC 20549

Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave NW
Washington, DC 20220-0001


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


StanCorp Mortgage Investors, LLC
Attn: Tanya Green
147 Wappoo Creek Drive, Suite 603
Charleston, SC 29412


Style Crest, Inc
Attn: Manager, Officer, Agent
2626 Glenwood Ave
Suite 550
Raleigh, NC 27608-1370


Style Crest, Inc
2450 Enterprise St
Fremont, OH 43420-8553


Style Crest, Inc.
PO Box 8673
Carol Stream, IL 60197-8673


Taylor Park MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Taylor Park MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Taylor's Bridge MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Time Out Communities, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

```
Time Out MHP, LLC
Attn: Manager, Officer, Agent
8 The Green
Suite R
Dover, DE 19901-3618


Top Park Maintenance
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Top Park Services, LLC
Attn: Manager, Officer, Agent
401 East Las Olas Blvd
Suite 130-161
Fort Lauderdale, FL 33301-2210


Top Park Services, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


TOPPOS LLC
401 East Las Olas Blvd
Suite 130-161
Fort Lauderdale, FL 33301-2210


Triad Financial Services, Inc.
Attn: Insurance Department
13901 Sutton Park Drive South, Ste 300
Jacksonville, FL 32224


TRIGILD IVL
Attn: Ian Lagowitz, Agent
4131 N. Central Express Way
Dallas, TX 75204


Turner Park MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001
```

US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401


Victoria Estates MHC, LLC
Attn: Manager, Officer, Agent
401 E 11th St
Lumberton, NC 28358-4807


Waynesville Plantation MHP, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


Wells Fargo Elite Card
PO Box 77066
Minneapolis, MN 55480-7766


West Estates MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


West Park MHC, LLC
401 E. Las Olas Blvd, Ste 130-161
Fort Lauderdale, FL 33301


White Sands MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807


Wysteria Village MHC, LLC
401 East 11th St
Lumberton, NC 28358-4807