**Fill in this information to identify the case:**

Debtor name     **Time Out Properties, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **24-03435**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 14, 2024**          x _____
                                            Signature of individual signing on behalf of debtor

                                            **Neil Carmichael Bender, II**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Time Out Properties, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **24-03435**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................   $      **40,325,016.53**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................   $      **40,325,016.53**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $      **29,249,974.41**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$      **398,279.60**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b   $      **29,648,254.01**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Time Out Properties, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **24-03435** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **United Community Bank, Inc.** | **DDA** | 1151 | **$1,444.18** |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,444.18** |
|---|---|---|

### Part 2:     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
|---|---|---|
| 7.1. | **KeyBank Mortgage and Loan Escrow** | **$198,763.04** |
| 7.2. | **Stan Corp** | **$20,691.76** |

| Debtor | **Time Out Properties, LLC** | Case number *(If known)* **24-03435** |
|---|---|---|
| | Name | |

| 7.3. | **M&T Realty Capital Corp** | $289,375.00 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Triad Financial Services, Inc.** | $108,981.23 |
|---|---|---|

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$617,811.03

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

Debtor  **Time Out Properties, LLC**                                    Case number *(If known)*  **24-03435**
          <sub>Name</sub>

☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** Acquisition and closing costs | $906,419.08 | Historical Cost | $906,419.08 |
| 65. **Goodwill** | | | |

| 66. **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $906,419.08 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| Debtor | **Time Out Properties, LLC** | Case number *(If known)* **24-03435** |
|---|---|---|
| | Name | |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Intercompany Receivables** | **$38,799,342.24** |

| 78. | **Total of Part 11.** | **$38,799,342.24** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **Time Out Properties, LLC**                                    Case number *(If known)*  **24-03435**
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,444.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $617,811.03 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $906,419.08 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $38,799,342.24 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,325,016.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $40,325,016.53 |

**Fill in this information to identify the case:**

Debtor name    **Time Out Properties, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **24-03435**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1  21st Mortgage Corporation** | Describe debtor's property that is subject to a lien | **$4,381,617.70** | **Unknown** |

Creditor's Name

**Attn: Ann Wilkins
620 Market Street, Suite 100
Knoxville, TN 37902**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2  CHC TN LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**520 W. Summit Hill Drive, Suite 801
Knoxville, TN 37902-2006**

Creditor's mailing address

Describe the lien
**Guarantor**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Time Out Properties, LLC**
_____
Name

Case number (if known)   **24-03435**
_____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Greenstate Credit Union** | Describe debtor's property that is subject to a lien | **$626,710.84** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name

**Attn: Nate Christie**
**1805 John F. Kennedy Rd**
**Dubuque, IA 52002**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **M&T Realty Capital Corporation** | Describe debtor's property that is subject to a lien | **$2,728,241.00** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name

**Attn: Wendy LeBlanc, VP**
**One Light Street, 12th Floor**
**Baltimore, MD 21201**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Northpoint Commercial Finance - TOC** | Describe debtor's property that is subject to a lien | **$21,513,404.87** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name

**PO Box 731751**
**Dallas, TX 75373-1751**
Creditor's mailing address

**Describe the lien**

---

Debtor  **Time Out Properties, LLC**                          Case number (if known)  **24-03435**
Name

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$29,249,974.41**

---

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **21st Mortgage Corporation**<br>**PO Box 220**<br>**Knoxville, TN 37901** | Line **2.1** | |
| **21st Mortgage Corporation**<br>**Attn: Lisa Sumner**<br>**4141 Parklake Ave, Suite 200**<br>**Raleigh, NC 27612-2333** | Line **2.1** | |
| **CHC TN LLC**<br>**Attn: Manager**<br>**3340 Lake View Drive**<br>**Knoxville, TN 37919-6667** | Line **2.2** | |
| **Greenstate Credit Union**<br>**PO Box 800**<br>**North Liberty, IA 52317-0800** | Line **2.3** | |
| **Northpoint Commercial Finance, LLC**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | Line **2.5** | |
| **Northpoint Commercial Finance, LLC**<br>**c/o Bradley, Attn: James Bailey**<br>**1819 Fifth Avenue North**<br>**Birmingham, AL 35203-2120** | Line **2.5** | |
| **Northpoint Commercial Finance, LLC**<br>**PO Box 1445**<br>**Alpharetta, GA 30009-1445** | Line **2.5** | |

**Fill in this information to identify the case:**

Debtor name     **Time Out Properties, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     **24-03435**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Information Purposes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | Unknown | Unknown |
| **2.2** | Priority creditor's name and mailing address<br>**Illinois Department of Labor**<br>**524 S. 2nd Street, Suite 400**<br>**Springfield, IL 62701**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**For Information Purposes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | Unknown | Unknown |

| Debtor | Time Out Properties, LLC | Case number (if known) | 24-03435 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Morgan County Treasurer**
**Attn: Manager, Officer, Agent**
**300 West State St**
**Jacksonville, IL 62650-2063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**NC Department of Revenue**
**Office Serv. Div, Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Robeson County Tax Collector**
**Attn: Andrea Oxendine**
**550 North Chesnut**
**2nd Floor**
**Lumberton, NC 28358-5551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Sampson County Tax Collector**
**Attn: Manager, Officer, Agent**
**406 County Complex Rd**
**Clinton, NC 28328-4847**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Sangamon County Tax Collector**
**Attn: Manager, Officer, Agent**
**200 South 9th St**
**Springfield, IL 62701-1608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.11**

Priority creditor's name and mailing address

**Securities and Exchange Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address

**US Attorney Southern District of Florida**
**500 South Australian Avenue**
**Suite 400**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

Nonpriority creditor's name and mailing address

**21st Communities, Inc.**
**Attn: Manager, Officer, Agent**
**P.O. Box 220**
**Knoxville, TN 37901-0220**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

---

**3.2**

Nonpriority creditor's name and mailing address

**Affordable Resorts, LLC**
**Attn: Manager, Officer, Agent**
**664 Ben Greene Industrial Park Dr**
**Elizabethtown, NC 28337-9800**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alan Thompson**
**Thompson, Price, Scott & Company, PA**
**1001 Winstead Dr**
**Suite 255**
**Cary, NC 27513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87,867.27 |
|---|---|---|---|

**American Express Travel Related**
**Services Company, Inc.**
**200 Vesey Street**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Settlement

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Austin Shapiro**
**31550 Northwestern Hwy, Suite 220**
**Farmington, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Notice Only - Receiver

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bayside MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bladen County Tax Office**
**Attn: Manager, Officer, Agent**
**201 East King St**
**Elizabethtown, NC 28337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Blake Y. Boyette**
**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Rd**
**Suite 150**
**Raleigh, NC 27609-5288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brendan A. Potts**
**2400 Catalina Lane**
**Springfield, IL 62702-1105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brittany Court MHP, LLC**
**Attn: Manager, Officer, Agent**
**1030 North Grand Ave West**
**East Building**
**Springfield, IL 62702-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brown Investment Properties, Inc.**
**PO Box 930**
**Greensboro, NC 27402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice Only - Receiver**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Buckmiller, Boyette & Frost, PLLC**
**4700 Six Forks Road**
**Suite 150**
**Raleigh, NC 27609-5288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bullock MHP, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cadillac Ranch MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cape Fear MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cedarbrook Estates MHP. LLC**
**Attn: Manager, Officer, Agent**
**1030 North Grand Ave West**
**East Building**
**Springfield, IL 62702-4040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

City of Lumberton
Attn: Manager, Officer, Agent
500 North Cedar St
Lumberton, NC 28358-5545

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Clayton Homes - Tru White Pine
Attn: Manager, Officer, Agent
2215 Walnut St
White Pine, TN 37890-3709

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Countryside MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

County of Hoke
Attn: Manager, Officer, Agent
P.O. Box 217
Raeford, NC 28376-0217

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Cumberland County Tax Admin.
Attn: Manager, Officer, Agent
117 Dick St
Room 530
Fayetteville, NC 28301-9604

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Damisha Fairley
Attn: Sabrina O. Leshore-Cummings
The LeShore Law Firm, PLLC
401 N. Walnut Street
Lumberton, NC 28358

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

Dogwood MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Time Out Properties, LLC** | | Case number (if known) | **24-03435** |
|---|---|---|---|---|
| | Name | | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Eastview MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Edward A. Golden**
**Williams Overman Pierce, LLP**
**2501 Atrium Dr**
**Suite 500**
**Raleigh, NC 27607-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Erickson Cira, Valencia Joseph, et al.,**
**Attn: Carl Adam Barrington, III**
**Armstrong Barrington, PLLC**
**201 Alston Blvd, Suite A**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Estate of James E. Blount, Jr**
**McIntyre Law Office, PLLC**
**P.O. Box 1**
**Lumberton, NC 28359-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,355.15**

**First Insurance Funding (Stetson)**
**450 Skokie Blvd, Ste 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Green Pines MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Greenstate Credit Union**
**Attn: Legal**
**P.O. Box 800**
**North Liberty, IA 52317-0800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**

John C. Bircher, III
John C. Bircher III, Trustee
209 Pollock St
New Bern, NC 28560-4942

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32** | **Nonpriority creditor's name and mailing address**

Jonathan Morton
Huggins, Davis & Associates
PO Box 1571
Lumberton, NC 28359

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.33** | **Nonpriority creditor's name and mailing address**

Joseph Zachary Frost
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Rd
Suite 150
Raleigh, NC 27609-5288

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.34** | **Nonpriority creditor's name and mailing address**

Josh Stein
NC Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9000

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35** | **Nonpriority creditor's name and mailing address**

Justin K. Humphries
The Humphries Law Firm, PC
1904 Eastwood Rd, Suite 310A
Wilmington, NC 28403

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36** | **Nonpriority creditor's name and mailing address**

Kenneth Love
Karrenstein and Love, PLLC
10590 Independence Pointe Pkwy
Suite 200
Matthews, NC 28105

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.37** | **Nonpriority creditor's name and mailing address**

Kevin C. Baltz
Butler Snow, LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Laiken Estates MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Lisa P. Sumner**
**4141 Parklake Ave**
**Suite 200**
**Raleigh, NC 27612-2333**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Littlefield Village MHP, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Littleton Storm & Timber Services, Inc.**
**1615 Sugar Hollow Road**
**Jacksonville, IL 62650**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Michael Leon Martinez**
**521 East Morehead Street**
**Suite 440**
**Charlotte, NC 28202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only - Receiver Counsel**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Pamela Lewis**
**Attn: Richard Clarke Speaks**
**Speaks Law Firm**
**902 Market Street**
**Wilmington, NC 28401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Park Lake FInancial Solutions**
**Attn: Manager, Officer, Agent**
**108 Mactanly Pl**
**Staunton, VA 24401-2373**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Patch Place MHC, LLC
Attn: Manager, Officer, Agent
1030 North Grand Ave West
East Building
Springfield, IL 62702-4040

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pine Log MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pinewood MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Pleasant Hope MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Preston W. Rollero
Hedrick Gardner Kincheloe & Garofalo, LL
4131 Parklake Ave, Suite 300
Raleigh, NC 27612

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Randy Paswater
Barber, Segatto, Hoffee, Wilke & Cate
831 E. Monroe
Springfield, IL 62701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ridgefield MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Time Out Properties, LLC | Case number (if known) | 24-03435 |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address

Ross B. Hofherr
Harris Beach, PLLC Attorneys at Law
100 Wall Street
New York, NY 10005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.53** | Nonpriority creditor's name and mailing address

Royal Supply
835 North Valley Dell Dr
Fenton, MO 63026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.54** | Nonpriority creditor's name and mailing address

Schoolview MHC, LLC
Attn: Manager, Officer, Agent
401 East 11th St
Lumberton, NC 28358-4807

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.55** | Nonpriority creditor's name and mailing address

Scottsdale MHP, LLC
Attn: Manager, Officer, Agent
1030 North Grand Ave West
East Building
Springfield, IL 62702-4040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.56** | Nonpriority creditor's name and mailing address

Secretary of Treasury
Attn: Managing Agent
1500 Pennsylvania Ave NW
Washington, DC 20220-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.57** | Nonpriority creditor's name and mailing address

StanCorp Mortgage Investors, LLC
Attn: Tanya Green
147 Wappoo Creek Drive, Suite 603
Charleston, SC 29412

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$211,316.00**

---

**3.58** | Nonpriority creditor's name and mailing address

Style Crest, Inc
Attn: Manager, Officer, Agent
2626 Glenwood Ave
Suite 550
Raleigh, NC 27608-1370

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Time Out Properties, LLC** | Case number (if known) | **24-03435** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Taylor Park MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Taylor's Bridge MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Time Out Communities, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Time Out MHP, LLC**
**Attn: Manager, Officer, Agent**
**8 The Green**
**Suite R**
**Dover, DE 19901-3618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Top Park Maintenance**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Top Park Services, LLC**
**Attn: Manager, Officer, Agent**
**401 East Las Olas Blvd**
**Suite 130-161**
**Fort Lauderdale, FL 33301-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TOPPOS LLC**
**401 East Las Olas Blvd**
**Suite 130-161**
**Fort Lauderdale, FL 33301-2210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Time Out Properties, LLC** | | Case number (if known) | **24-03435** |
|---|---|---|---|---|
| | Name | | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Triad Financial Services, Inc.**
**Attn: Insurance Department**
**13901 Sutton Park Drive South, Ste 300**
**Jacksonville, FL 32224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$19,652.65**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**TRIGILD IVL**
**Attn: Ian Lagowitz, Agent**
**4131 N. Central Express Way**
**Dallas, TX 75204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only - Receiver**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Turner Park MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Victoria Estates MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 E 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Wells Fargo Elite Card**
**PO Box 77066**
**Minneapolis, MN 55480-7766**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$57,058.53**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**West Estates MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**White Sands MHC, LLC**
**Attn: Manager, Officer, Agent**
**401 East 11th St**
**Lumberton, NC 28358-4807**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Time Out Properties, LLC** | | Case number (if known) | **24-03435** |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wysteria Village MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brown Investment Properties, Inc.**<br>**1007 Battleground Ave, Suite 400**<br>**Greensboro, NC 27408** | Line **3.11**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Damisha Fairley**<br>**Attn: Sabrina O. Leshore-Cummings**<br>**PO Box 13**<br>**Lumberton, NC 28359** | Line **3.22**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Erickson Cira, Valencia Joseph, et al.,**<br>**Attn: Carl Adam Barrington, III**<br>**Armstrong Barrington, PLLC**<br>**PO Drawer 1148**<br>**Fayetteville, NC 28302** | Line **3.26**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Internal Revenue Service**<br>**Attn: Special Procedures**<br>**P.O. Box 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | Line **2.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Littleton Storm & Timber Services, Inc.**<br>**Attn: Bradley B. Wilson, Esq.**<br>**Gates Wise Schlosser & Goebel**<br>**1231 South Eighth Street**<br>**Springfield, IL 62703** | Line **3.41**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Style Crest, Inc**<br>**2450 Enterprise St**<br>**Fremont, OH 43420-8553** | Line **3.58**<br><br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Style Crest, Inc.**<br>**PO Box 8673**<br>**Carol Stream, IL 60197-8673** | Line **3.58**<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **398,279.60** |

Debtor    **Time Out Properties, LLC**                                    Case number (if known)   **24-03435**
          Name

**5c. Total of Parts 1 and 2**                                    5c.    $                    398,279.60
Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name        **Time Out Properties, LLC**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)        **24-03435**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **GL Insurance** | |
| State the term remaining | **First Insurance Funding** |
| List the contract number of any government contract | **450 Skokie Blvd, Ste 1000**<br>**Northbrook, IL 60062-7917** |

**Fill in this information to identify the case:**

Debtor name **Time Out Properties, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) **24-03435**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abbot Park MHC LLC** | **401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301** | **21st Mortgage Corporation** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Alamac Village MHP, LLC** | **401 E. Las Olas Blvd, Ste 130-161 AL 35330-1000** | **21st Mortgage Corporation** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Big C's MHP, LLC** | **401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301-4000** | **21st Mortgage Corporation** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Brando Management Services, LLC** | **401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301** | **21st Mortgage Corporation** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Brittany Court MHP, LLC** | **401 E. Las Olas Blvd, Ste 130-161 Fort Lauderdale, FL 33301** | **21st Mortgage Corporation** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Bullock MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Cedarbrook Estates MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Central Park 2 MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Central Park 3 MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **City View MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Eaglewood MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Grand Valley MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Littlefield Valley MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Maple Creek MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Matthew W. Ring** | 2805 East Oakland Park Blvd, Suite 438<br>Fort Lauderdale, FL 33306 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Mediterranean Avenue, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **MR Property Group, Ltd.** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Neil C. Bender, II** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **Pine Run Park MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Pine Run Park MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **Damisha Fairley** | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |
| 2.21 | **Prairie Knolls MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |
|---|---|---|---|

▋ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Rolling Acres MHC, LLC** | FDBA Rolling Hills Mobile Estates MHC<br>401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Scottsdale MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Taylor Park MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Top Park Services, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **Damisha Fairley** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.26 | **Top Park Services, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **Pamela Lewis** | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
| 2.27 | **Waynesville Plantation MHP, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **West Park MHC, LLC** | 401 E. Las Olas Blvd, Ste 130-161<br>Fort Lauderdale, FL 33301 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Wysteria Village MHC, LLC** | 401 East 11th St<br>Lumberton, NC 28358-4807 | **21st Mortgage Corporation** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

**Fill in this information to identify the case:**

Debtor name __**Time Out Properties, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**24-03435**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,468,079.71** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,876,416.19** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Lincoln National Life** | **7/8/2024;<br>8/8/2024;<br>9/5/2024<br>(Payments of<br>$8,438.07)** | **$25,314.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached Exhibit "A"** | | | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **John C. Bircher, III, Chapter 7 Trustee for TOPPOS, LLC v. Top Park Services, LLC, Time Out Properties, LLC, Cedarbrook Estates MHP, LLC, Grand Valley MHP, LLC, Maple Creek MHP, LLC, Prairie Knolls MHP, LLC, and Rolling Acres MHC, LLC**<br>**24-00114-5** | **Bankruptcy Adversary Proceeding** | **US Bankruptcy Court Eastern District of North Carolina 300 Fayetteville Street Raleigh, NC 27601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **American Express Travel Related Services, Company, Inc. v. Time Out Properties, LLC**<br>**656116/2023** | **Civil** | **Supreme Court of New York New York County 60 Centre St New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |
|---|---|---|---|

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Page PA**<br>**2385 NW Executive Center Dr**<br>**Suite 300**<br>**Boca Raton, FL 33431** | **Attorney Fees** | **9/12/2024** | **$30,000.00** |
| | Email or website address<br>**bss@slp.law** | | | |
| | Who made the payment, if not debtor?<br>**Neil C. Bender, II** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

---

Debtor    **Time Out Properties, LLC**                                    Case number *(if known)*  **24-03435**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<span style="background:black;color:white">Part 7:</span>  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

<span style="background:black;color:white">Part 8:</span>  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<span style="background:black;color:white">Part 9:</span>  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

<span style="background:black;color:white">Part 10:</span>  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Time Out Properties, LLC**                                          Case number *(if known)*  **24-03435**

---

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Time Out Communities, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | | EIN:<br><br>From-To |
| 25.2. **Abbot Park MHC LLC**<br>**401 E. Las Olas Blvd, Ste 130-161**<br>**Fort Lauderdale, FL 33301** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.3. **Brittany Court MHP, LLC**<br>**1030 North Grand Ave West**<br>**East Building**<br>**Springfield, IL 62702-4040** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.4. **Cedarbrook Estates MHP. LLC**<br>**1030 North Grand Ave West**<br>**East Building**<br>**Springfield, IL 62702-4040** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.5. **Dogwood MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.6. **DW-TOPPOS, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.7. **Eaglewood MHP, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.8. **Grand Valley MHC, LLC**<br>**401 E. Las Olas Blvd, Ste 130-161**<br>**Fort Lauderdale, FL 33301** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.9. **Laiken Estates MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | EIN:<br><br>From-To |
| 25.10. **Maple Creek MHP, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | EIN:<br><br>From-To |

Debtor    **Time Out Properties, LLC**                                           Case number *(if known)*   **24-03435**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.11 **Patch Place MHC, LLC**<br>**1030 North Grand Ave West**<br>**East Building**<br>**Springfield, IL 62702-4040** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.12 **Rolling Acres MHC, LLC**<br>**401 E. Las Olas Blvd, Ste**<br>**130-161**<br>**Fort Lauderdale, FL 33301** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.13 **Schoolview MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.14 **Scottsdale MHP, LLC**<br>**1030 North Grand Ave West**<br>**East Building**<br>**Springfield, IL 62702-4040** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.15 **SV-TOPPOS LLC**<br>**401 East Las Olas Blvd, Suite**<br>**130-161**<br>**Fort Lauderdale, FL**<br>**33301-2210** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.16 **Taylor Park MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.17 **Turner Park MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.18 **Waynesville plantation MHP,**<br>**LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.19 **WP-TOPPOS, LLC**<br>**401 E. Las Olas Blvd, Ste**<br>**130-161**<br>**Fort Lauderdale, FL 33301** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.20 **West Estates MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |
| 25.21 **Wysteria Village MHC, LLC**<br>**401 East 11th St**<br>**Lumberton, NC 28358-4807** | **Mobile Home Park** | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**

| Debtor | **Time Out Properties, LLC** | Case number *(if known)* | **24-03435** |
|---|---|---|---|

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Thompson and Price CPA**<br>**Alan Thompson and Chuck Dabney**<br>**1001 Winstead Drive, Suite 255**<br>**Cary, NC 27513** | **2021 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Thompson and Price CPA**<br>**Alan Thompson and Chuck Dabney**<br>**1001 Winstead Drive, Suite 255**<br>**Cary, NC 27513** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Neil C. Bender, II** | **401 E. Las Olas Blvd, Ste 130-161**<br>**Fort Lauderdale, FL 33301** | **Manager** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Debtor | **Time Out Properties, LLC** | | Case number *(if known)* | **24-03435** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Mark King** | | **COO & Chief Legal Counsel** | **Resigned 9/30/2024** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See Attached Exhibit "A"** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 15, 2024**

**/s/ Neil Carmichael Bender, II**                                **Neil Carmichael Bender, II**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

## SOFA #4 and #30 - Exhibit A

| Date | Lot Name | Reference | Description | Debit | Credit | Balance | Park | Account Name | Account Type | Amount |
|------|----------|-----------|-------------|-------|--------|---------|------|--------------|--------------|--------|
| 5/6/2023 0:00 | | D5700 | Time Out Properties *4225_Neil Bender - owner contributor | $ - | $ 1,000,000.00 | $ 41,939,940.09 | TOP | 3003 Owner Contribution | Equity | $ (1,000,000.00) |
| 5/6/2023 0:00 | | D5701 | Time Out Properties *4225_Neil Bender - owner contributor | $ - | $ 1,000,000.00 | $ 42,939,940.09 | TOP | 3003 Owner Contribution | Equity | $ (1,000,000.00) |
| 6/17/2023 0:00 | | D5979 | Time Out Properties *4225_M Bender deposit | $ - | $ 325,000.00 | $ 43,264,940.09 | TOP | 3003 Owner Contribution | Equity | $ (325,000.00) |
| 6/28/2023 0:00 | | D5979 | Time Out Properties *4225_M Bender contributor | $ - | $ 40,000.00 | $ 43,304,940.09 | TOP | 3003 Owner Contribution | Equity | $ (40,000.00) |
| 7/6/2023 0:00 | | D6108 | Time Out Properties *4225_M Bender contributor | $ - | $ 350,000.00 | $ 43,654,940.09 | TOP | 3003 Owner Contribution | Equity | $ (350,000.00) |
| 7/9/2023 0:00 | | D6131 | Time Out Properties *4225_M Bender contributor | $ - | $ 300,000.00 | $ 43,954,940.09 | TOP | 3003 Owner Contribution | Equity | $ (300,000.00) |
| 7/26/2023 0:00 | | D6301 | Time Out Properties *4225_M Bender transfer in | $ - | $ 950,000.00 | $ 44,904,940.09 | TOP | 3003 Owner Contribution | Equity | $ (950,000.00) |
| 8/6/2023 0:00 | | D6384 | Time Out Properties *4225_M Bender contributor | $ - | $ 100,000.00 | $ 45,004,940.09 | TOP | 3003 Owner Contribution | Equity | $ (100,000.00) |
| 8/16/2023 0:00 | | D6459 | Time Out Properties *4225_Transfer from Mike Bender | $ - | $ 100,000.00 | $ 45,104,940.09 | TOP | 3003 Owner Contribution | Equity | $ (100,000.00) |
| 8/16/2023 0:00 | | D6462 | Time Out Properties *4225_Bender contribution to TOF | $ - | $ 600,000.00 | $ 45,704,940.09 | TOP | 3003 Owner Contribution | Equity | $ (600,000.00) |
| 8/30/2023 0:00 | | D6586 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 250,000.00 | $ 45,954,940.09 | TOP | 3003 Owner Contribution | Equity | $ (250,000.00) |
| 9/3/2023 0:00 | | D6621 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 225,000.00 | $ 46,179,940.09 | TOP | 3003 Owner Contribution | Equity | $ (225,000.00) |
| 9/13/2023 0:00 | | D6667 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 500,000.00 | $ 46,679,940.09 | TOP | 3003 Owner Contribution | Equity | $ (500,000.00) |
| 9/28/2023 0:00 | | D6769 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 200,000.00 | $ 46,879,940.09 | TOP | 3003 Owner Contribution | Equity | $ (200,000.00) |
| 10/4/2023 0:00 | | D6816 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 250,000.00 | $ 47,129,940.09 | TOP | 3003 Owner Contribution | Equity | $ (250,000.00) |
| 10/5/2023 0:00 | | D6829 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 140,000.00 | $ 47,269,940.09 | TOP | 3003 Owner Contribution | Equity | $ (140,000.00) |
| 10/14/2023 0:00 | | D6896 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 200,000.00 | $ 47,469,940.09 | TOP | 3003 Owner Contribution | Equity | $ (200,000.00) |
| 10/25/2023 0:00 | | D6959 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 260,000.00 | $ 47,729,940.09 | TOP | 3003 Owner Contribution | Equity | $ (260,000.00) |
| 10/27/2023 0:00 | | D6979 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 150,000.00 | $ 47,879,940.09 | TOP | 3003 Owner Contribution | Equity | $ (150,000.00) |
| 10/28/2023 0:00 | | D7002 | Time Out Properties *4225_Mike Bender contributor | $ - | $ 50,000.00 | $ 47,929,940.09 | TOP | 3003 Owner Contribution | Equity | $ (50,000.00) |
| 11/22/2023 0:00 | | D7145 | Time Out Properties *4225_M Bender contributor | $ - | $ 340,000.00 | $ 48,269,940.09 | TOP | 3003 Owner Contribution | Equity | $ (340,000.00) |
| 12/6/2023 0:00 | | J6736 | M&T Realty Capital Corp - FNMA Refinance Dogwood-Pad LN #4025272 12/6/202: | $ 2,958,342.62 | | $ 45,311,597.47 | Dogwood | 3003 Owner Contribution | Equity | $ 2,958,342.62 |
| 12/6/2023 0:00 | | J6737 | M&T Realty Capital Corp - FNMA Refinance DW-TOPPOS Home LN #4025273 12/6/2021 | $ 222,458.81 | | $ 45,089,138.66 | DW-TOPPOS | 3003 Owner Contribution | Equity | $ 222,458.81 |
| 12/6/2023 0:00 | | J6738 | M&T Realty Capital Corp - FNMA Refinance Eaglewood-Pad LN #4025274 12/6/202 | $ 5,608,027.86 | | $ 39,481,110.80 | Eaglewood | 3003 Owner Contribution | Equity | $ 5,608,027.86 |
| 12/6/2023 0:00 | | J6739 | M&T Realty Capital Corp - FNMA Refinance EW-TOPPOS Home LN #4025 76 12/6/2021 | $ 176,607.79 | | $ 39,304,503.01 | EW-TOPPOS | 3003 Owner Contribution | Equity | $ 176,607.79 |
| 12/6/2023 0:00 | | J6740 | M&T Realty Capital Corp - FNMA Refinance Schoolview-Pad LN #4025576 12/6/2021 | $ 5,133,608.33 | | $ 34,170,894.68 | Schoolview | 3003 Owner Contribution | Equity | $ 5,133,608.33 |
| 12/6/2023 0:00 | | J6741 | M&T Realty Capital Corp - FNMA Refinance SV-TOPPOS Home LN #4025577 12/6/202: | $ 140,694.08 | | $ 34,030,200.60 | SV-TOPPOS | 3003 Owner Contribution | Equity | $ 140,694.08 |
| 12/8/2023 0:00 | | J7254 | UCB - EW-TOPPOS LLC 1078_Fannie May Proceeds Investors Title Ins Company | | $ 176,607.79 | $ 34,206,808.39 | EW-TOPPOS | 3003 Owner Contribution | Equity | $ (176,607.79) |
| 12/8/2023 0:00 | | J7255 | UCB - DW-TOPPOS LLC 1219_Fannie May Proceeds Investors Title Ins Co | | $ 222,458.81 | $ 34,311,588.14 | DW-TOPPOS | 3003 Owner Contribution | Equity | $ (222,458.81) |
| 12/8/2023 0:00 | | J7256 | UCB - Eaglewood MHP LLC 1227_Fannie May Proceeds Investors Title Ins Co | | $ 5,467,333.78 | $ 40,177,989.14 | Eaglewood | 3003 Owner Contribution | Equity | $ (5,467,333.78) |
| 12/8/2023 0:00 | | J7257 | UCB - Dogwood MHC LLC 1334_Fannie May Proceeds Investors Title Ins Co | | $ 2,958,342.62 | $ 43,136,331.76 | Dogwood | 3003 Owner Contribution | Equity | $ (2,958,342.62) |
| 12/8/2023 0:00 | | D7258 | UCB - Schoolview MHC LLC 1342_Fannie May Proceeds Investors Title Ins Co | | $ 5,133,608.33 | $ 48,269,940.09 | Schoolview | 3003 Owner Contribution | Equity | $ (5,133,608.33) |
| Total | | | | | $ 5,133,608.33 | $ 48,269,940.09 | | | | $ (7,330,000.00) |

| Date | Lot Name | Reference | Description | Tenant Name | Debit | Credit | Balance | Park | Account Name | Account Type | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2021 0:00 | | J6776 | White Sands MHC LLC Acquisition 12/10/2021 | | $ - | $ 210,576.77 | $ 210,576.77 | ZWhite San | 3003 Owner Contribution | Equity | JOURN | $ (210,576.77) |
| 12/17/2021 0:00 | | J6732 | Pine Log MHC LLC Acquisition 12/17/2021 | | $ - | $ 258,769.29 | $ 469,346.06 | ZPine Log | 3003 Owner Contribution | Equity | JOURN | $ (258,769.29) |
| 12/17/2021 0:00 | | J6733 | Cape Fear MHC LLC Acquisition 12/17/2021 | | $ - | $ 2,293,922.04 | $ 2,763,268.10 | ZCape Fear | 3003 Owner Contribution | Equity | JOURN | $ (2,293,922.04) |
| 12/17/2021 0:00 | | J6734 | Pinewood MHC LLC Acquisition 12/17/2021 | | $ - | $ 718,128.74 | $ 3,481,396.84 | ZPinewood | 3003 Owner Contribution | Equity | JOURN | $ (718,128.74) |
| 12/17/2021 0:00 | | J6735 | Taylor's Bridge MHC LLC Acquisition 12/17/2021 | | $ - | $ 69,423.23 | $ 3,550,820.07 | Taylors Br | 3003 Owner Contribution | Equity | JOURN | $ (69,423.23) |
| 12/17/2021 0:00 | | J6735 | Taylor's Bridge MHC LLC Acquisition 12/17/2021 | | $ - | $ 492,666.38 | $ 4,043,486.45 | Taylors Br | 3003 Owner Contribution | Equity | JOURN | $ (492,666.38) |
| Total | | | | | | | | | | | | $ (4,043,486.45) |

| Date | Lot Name | Reference | Description | Tenant Name | Debit | Credit | Balance | Park | Account Name | Account Type | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/3/2021 0:00 | | EFT | Neil C. Bender II : wire to account 1332 | Neil C. Bender II | $ 30,000.00 | $ - | $ (6,575,495.00) | Citation_X | 3002 Owner Distribution | Equity | CHKITM | $ 30,000.00 |
| 5/5/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 250,000.00 | $ - | $ (6,825,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 250,000.00 |
| 5/5/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (7,825,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/5/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (8,825,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/5/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (9,825,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/5/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (10,825,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/20/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 700,000.00 | $ - | $ (11,525,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 700,000.00 |
| 5/20/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (12,525,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/20/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (13,525,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/20/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (14,525,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 11/1/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 15,000.00 | $ - | $ (14,540,495.00) | Citation_X | 3002 Owner Distribution | Equity | CHKITM | $ 15,000.00 |
| 12/8/2021 0:00 | | EFT | Neil C. Bender II : wire to account 1332 | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (15,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/8/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (16,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/8/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (17,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/8/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (18,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/8/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (19,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/9/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (20,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/9/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (21,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/9/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (22,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/9/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (23,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/9/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (24,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 12/9/2021 0:00 | | EFT | Neil C. Bender II | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (25,540,495.00) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| Total | | | | | | | | | | | | $ 18,995,000.00 |

| Date | Lot Name | Reference | Description | Tenant Name | Debit | Credit | Balance | Park | Account Name | Account Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/17/2022 0:00 | | D7680 | Time Out Properties *4225 | Mike Bender contribution | $ - | $ 300,000.00 | $ 48,569,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (300,000.00) |
| 3/24/2022 0:00 | | D7930 | UCB - Top Park Services 1094 | M Bender contribution | $ - | $ 200,000.00 | $ 48,769,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (200,000.00) |
| 3/30/2022 0:00 | | D7961 | UCB - Top Park Services 1094 | M Bender contribution | $ - | $ 140,000.00 | $ 48,909,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (140,000.00) |
| 4/1/2022 0:00 | | D7981 | UCB - Top Park Services 1094 | Bender contribution | $ - | $ 16,000.00 | $ 48,925,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (16,000.00) |
| 6/3/2022 0:00 | | D8390 | UCB - Top Park Services 1094 | Bender contribution | $ - | $ 400,000.00 | $ 49,325,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (400,000.00) |
| 6/16/2022 0:00 | | D8498 | UCB - Top Park Services 1094 | M Bender Contribution | $ - | $ 200,000.00 | $ 49,525,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (200,000.00) |
| 7/15/2022 0:00 | | D8650 | UCB - Top Park Services 1094 | Mike Bender contribution | $ - | $ 300,000.00 | $ 49,825,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (300,000.00) |
| 7/25/2022 0:00 | | D8702 | UCB - Top Park Services 1094 | Bender contribution from 1607 to | $ - | $ 70,000.00 | $ 49,895,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (70,000.00) |
| 8/25/2022 0:00 | | D8928 | UCB - Top Park Services 1094 | Bender contribution from 1607 to | $ - | $ 20,000.00 | $ 49,915,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (20,000.00) |
| 8/30/2022 0:00 | | D8963 | UCB - Top Park Services 1094 | M Bender contribution | $ - | $ 25,000.00 | $ 49,940,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (25,000.00) |
| 8/31/2022 0:00 | | D8973 | UCB - Waynesville Plantation MHP LLC 2167 | Waynesville Perm f | $ - | $ 2,065,964.21 | $ 52,006,904.30 | Waynesvill | 3003 Owner Contribution | Equity | BNKDEP | $ (2,065,964.21) |
| 8/31/2022 0:00 | | D8974 | UCB - WP-TOPPOS LLC 1530 | Waynesville Perm financing Homes | $ - | $ 1,143,236.10 | $ 53,150,140.40 | WP-TOPPC | 3003 Owner Contribution | Equity | BNKDEP | $ (1,143,236.10) |
| 8/31/2022 0:00 | | J8494 | M&T Realty Capital Corp - FNMA Refinance Waynesville Plantati | | $ 2,065,964.21 | $ - | $ 51,084,176.19 | Waynesvill | 3003 Owner Contribution | Equity | JOURNL | $ 2,065,964.21 |
| 8/31/2022 0:00 | | J8495 | M&T Realty Capital Corp - FNMA Refinance Waynesville Plantati | | $ 1,143,236.10 | $ - | $ 49,940,940.09 | WP-TOPPC | 3003 Owner Contribution | Equity | JOURNL | $ 1,143,236.10 |
| 11/10/2022 0:00 | | D9448 | UCB - Top Park Services 1094 | Bender Contribution | $ - | $ 20,000.00 | $ 49,960,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (20,000.00) |
| 11/18/2022 0:00 | | D9495 | UCB - Top Park Services 1094 | Bender Contribution | $ - | $ 50,000.00 | $ 50,010,940.09 | TOP | 3003 Owner Contribution | Equity | BNKDEP | $ (50,000.00) |
| Total | | | | | | | | | | | $ (1,741,000.00) |

| Date | Lot Name | Reference | Description | Tenant Name | Debit | Credit | Balance | Park | Account Name | Account Type | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/2022 0:00 | | J6941 | Green Pines MHC LLC Acquisition 01/12/2022 | | $ - | $ 850,212.00 | $ 4,893,698.45 | ZGreen Pin | 3003 Owner Contribution | Equity | JOURNL | $ (850,212.00) |
| 1/28/2022 0:00 | | D7546 | UC8 - Time Out MHP LLC 1235 M Bender contribution | | $ - | $ 45,000.00 | $ 4,938,698.45 | TO MHP | 3003 Owner Contribution | Equity | BNKDEP | $ (45,000.00) |
| Total | | | | | | | | | | | | $ (895,212.00) |

| Date | Lot Name | Reference | Description | Tenant Name | Debit | Credit | Balance | Park | Account Name | Account Type | Type | Amount |
|------|----------|-----------|-------------|-------------|-------|--------|---------|------|--------------|--------------|------|--------|
| 4/20/2022 0:00 | | ACH | Neil C. Bender II - Transfer to Mike to close out WF account and transfer to UCB | Neil C. Bender II | $ 14,627.74 | $ - | $ (25,555,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 14,627.74 |
| 5/2/2022 0:00 | | ACH | Neil C. Bender II Owner distribution | Neil C. Bender II | $ 500,000.00 | $ - | $ (26,055,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 500,000.00 |
| 5/2/2022 0:00 | | ACH | Neil C. Bender II Owner distribution | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (27,055,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 5/27/2022 0:00 | | ACH | Neil C. Bender II Owner distribution - transfer to UCB 1607 | Neil C. Bender II | $ 3,000,000.00 | $ - | $ (30,055,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 3,000,000.00 |
| 5/27/2022 0:00 | | ACH | Neil C. Bender II Owner Distribution | Neil C. Bender II | $ 1,000,000.00 | $ - | $ (31,055,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 1,000,000.00 |
| 9/1/2022 0:00 | | ACH | Neil C. Bender II Owner distribution | Neil C. Bender II | $ 20,000.00 | $ - | $ (31,075,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 20,000.00 |
| 11/10/2022 0:00 | | ACH | Neil C. Bender II Owner distribution | Neil C. Bender II | $ 50,000.00 | $ - | $ (31,125,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 50,000.00 |
| 11/18/2022 0:00 | | ACH | Neil C. Bender II Owner distribution | Neil C. Bender II | $ 500,000.00 | $ - | $ (31,625,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 500,000.00 |
| 11/23/2022 0:00 | | ACH | Neil C. Bender II Owner distribution | Neil C. Bender II | $ 500,000.00 | $ - | $ (31,625,122.74) | TOP | 3002 Owner Distribution | Equity | CHKITM | $ 500,000.00 |
| Total | | | | | | | | | | | | $ 6,084,627.74 |