**SO ORDERED**

**SIGNED this 4 day of February, 2025.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

| | |
|---|---|
| GRAND VALLEY MHP, LLC | CASE NO. 24-03431-5-PWM |
| PRAIRIE KNOLLS MHP, LLC | CASE NO. 24-03432-5-PWM |
| ROLLING ACRES MHC, LLC | CASE NO. 24-03433-5-PWM |
| TOP PARK SERVICES, LLC | CASE NO. 24-03434-5-PWM |
| TIME OUT PROPERTIES, LLC | CASE NO. 24-03435-5-PWM |
| DEBTORS. | CHAPTER 11 |
| TOPPOS, LLC | CASE NO. 23-02889-5-PWM |
| DEBTOR. | CHAPTER 7 |

## ORDER GRANTING MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004

THIS MATTER coming before the Court upon the Motion for Production of Documents Pursuant to Bankruptcy Rule 2004 filed by John C. Bircher, III ("Trustee"), Chapter 7 Trustee for TOPPOS, LLC ("TOPPOS"), and Chapter 11 Trustee for Time Out Properties, LLC ("Time Out"), Top Park Services, LLC ("Top Park"), Grand Valley MHP, LLC ("Grand Valley"), Prairie Knolls MHP, LLC ("Prairie Knolls"), and Rolling Acres MHC, LLC ("Rolling Acres"),

seeking the entry of an Order directing Thompson, Price, Scott, Adams & Co. ("Thompson Price") to produce certain documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, the Court finds and concludes as follow:

1. The Trustee was appointed as Chapter 7 Trustee for TOPPOS on December 13, 2023.

2. The Trustee was appointed as interim Chapter 11 Trustee for Time Out, Top Park, Grand Valley, Prairie Knolls, and Rolling Acres on October 25, 2024, and that appointment was made permanent by order entered January 17, 2025.

3. On January 9, 2025, the Court entered an order granting the Trustee's motion for joint administration of the Debtors' bankruptcy cases.

4. In the course of his duties, the Trustee needs to investigate the financial affairs of the Debtors as well pre-petition transfers and potential causes of action under Chapter 5 of the Bankruptcy Code.

5. Thompson Price kept the financial records of the Debtors prior to the bankruptcy.

6. The Trustee has requested financial information from the Debtor which has not been provided and is not set out in Debtor's schedules.

7. The information requested by the Trustee is regarding the property, liabilities, and financial condition of the Debtor.

IT IS THEREFORE ORDERED that the Rule 2004 Motion be and hereby is granted, and IT IS FURTHER ORDERED:

1. That Thompson Price shall produce the following documents and information to the law office of Stevens Martin Vaughn & Tadych, PLLC via email to komalley@smvt.com no later than 5:00 p.m. on February 28, 2025:

    a. Any and all tax returns for each of the Debtors from 2020-2024;

b. Annual profit and loss reports for each Debtor for the years 2020-2024;

c. Annual balance sheets for each Debtor for the years 2020-2024;

d. All records showing transfers between the Debtors, and between the Debtors and any related entities or entities beneficially owned by Neil Carmichael Bender from 2020 through the present;

e. All records showing "due to" or "due from" book entries in the accounts of the Debtors from 2020 through the present;

f. All records showing the total balance owed to and from the Debtors and any related entities or entities beneficially owned by Neil Carmichael Bender as of:

   1. September 20, 2024, for Time Out, Top Park, Grand Valley, Prairie Knolls, and Rolling Acres; and,

   2. October 5, 2023, for TOPPOS;

g. Records of all payments or transfers of money to or for the benefit of Neil Carmichael Bender from the accounts of each of the Debtors from October 5, 2019, through the present;

h. Records of all payments or transfers of money to or for the benefit of Federico Godoy from the accounts of each of the Debtors from October 5, 2019, through the present;

i. Records of all form of communications between Neil Carmichael Bender, Mark S. King, Matthew Ring and/or any other employee of the Debtors and Thompson Price regarding allocation and determination of coding of income and expenses from April 2020-2024.

**END OF DOCUMENT**