UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

TIME OUT PROPERTIES, LLC, et al.          CASE NO. 24-3435-5-PWM

    DEBTOR                                                               CHAPTER 11

ORDER APPROVING APPLICATION TO EMPLOY
MARKETING BROKER

This matter came before the Court to consider the *Application To Employ Marketing Broker* (the "Application") filed by John C. Birher III, Chapter 7 Trustee of the Estate of Time Out Properties, LLC, et al. (the "Trustee") pursuant to §§ 327 and 328 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, requesting an Order authorizing Debtor to employ Great Neck Realty Company of North Carolina, LLC represented by Robert J. Tramantano (the "Broker"), effective as of the filing date of the Application.

Based upon the matters set forth in the Application and the affidavit attached thereto (the "Affidavit"), the comments of counsel, and for good and sufficient reasons appearing it is hereby ORDERED as follows:

1. The Application is granted.

2. The Debtor is authorized to employ the Broker on the terms set forth in the Application and the Exclusive Right to Sell Listing Agreement to assist the Debtor in connection with a potential transaction ("Transaction") to effect, or that may involve, a sale or transfer of the Sale Assets to a Buyer.

3. The Broker has agreed to represent the Trustee for compensation and reimbursement of expenses, as follows:

> Transaction Fee. Any Expense Advances and other costs are borne by the Broker and not reimbursed by the estate, and his compensation is limited to a "Transaction Fee" upon approval and closing of any Transaction, as defined in Section I.J of the attached Agreement.

END OF DOCUMENT