# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Time Out Properties, LLC, et al.,[1] | Case No. 24-03435-5-PMW |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

Please take notice that, pursuant to Bankruptcy Rules 2002, 9007 and 9010, the undersigned is appearing on behalf U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ("U.S. Bank"), a creditor in the above-captioned case. It is hereby requested as follows:

1. <u>Matrix/Roster</u>. The undersigned requests that an entry be made on the electronic matrix/roster of creditors to receive notice in this case maintained by the Clerk of the United States Bankruptcy Court.

2. <u>Receipt of Notices</u>. The undersigned requests to be served with all documents filed with the court and all notices which the court and/or other parties are required to serve. This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

3. <u>No Express or Implied Acceptance of Service</u>. This Notice of Appearance does not give express or implied consent by the undersigned or Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

4. <u>No Waiver of Rights</u>. This Notice of Appearance shall not be deemed or construed to be a waiver of the rights of U.S. Bank as to any of the following:

    a. To have final orders in noncore matters entered only after *de novo* review by a United States District Judge;

    b. To trial by jury in any case or proceeding related to this case;

---

[1] The Debtors and cases in these jointly-administered cases are Grand Valley MHP, LLC, Case No. 24-3431-5-PWM; Prairie Knolls MHP, LLC, Case No. 24-3432-5-PWM; Rolling Acres MHC, LLC, Case No. 24-3433-5-PWM; Top Park Services, LLC, Case No. 24-3434-5-PWM; Time Out Properties, LLC, Case No. 24-3435-5-PWM; and TOPPOS, LLC, Case No. 23-2889-5-PWM.

    c. To have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or to seek abstention by the United States Bankruptcy Court on any matter; or

    d. To any other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which U.S. Bank is, or may be entitled, in law or in equity, all of which are expressly reserved.

Dated: February 5, 2025

              BAKER, DONELSON, BEARMAN,
              CALDWELL & BERKOWITZ, PC

            By: */s/ Destiney Parker-Thompson*
              Destiney Parker-Thompson
              NC State Bar No. 56822
              2235 Gateway Access Point
              Suite 220
              Raleigh, North Carolina 27607
              Telephone: 984.844.7942
              Email: dparkerthompson@bakerdonelson.com

              *Counsel for U.S. Bank National Association*
              *d/b/a U.S. Bank Equipment Finance*

**CERTIFICATE OF SERVICE**

I, the undersigned, of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC certify the following:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this 5th day of February, 2025, I served a copy of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents on the following parties:

> Top Park Services, LLC
> Time Out Properties, LLC
> Time Out Equity Holdings, LLC
> 401 E. Las Olas Blvd, Ste 130-161
> Fort Lauderdale, FL 33301

by depositing a copy thereof in the United States Mail, First Class, postage prepaid.

That on this 5th day of February, 2025, the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents was served by electronic means through the court's CM/ECF service on the following parties:

> Richard Preston Cook, *Attorney for Debtor*
>
> Patrick Dorsey, *Attorney for the Debtor*
>
> Eric S. Pendergraft, *Attorney for the Debtor*
>
> Bradley Shraiberg, *Attorney for the Debtor*
>
> Brian Behr, *United States Bankruptcy Administrator for the Western District of North Carolina*
>
> John C. Bircher, III, *Trustee*
>
> Marc P. Barmat, *Attorney for Trustee*
>
> Kathleen O'Malley, *Attorney for Trustee*
>
> James S. Livermon, III, *Attorney for M&T Realty Capital Corporation*
>
> Diane E. Vuocolo, *Attorney for M&T Realty Capital Corporation*
>
> James Blake Bailey, *Attorney for Northpoint Commercial Finance, LLC*
>
> Jay Robert Bender, *Attorney for Northpoint Commercial Finance, LLC*
>
> William L. Esser, IV, *Attorney for Standard Insurance Company*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2025

                                                                  BAKER, DONELSON, BEARMAN,
                                                                  CALDWELL & BERKOWITZ, PC

                                   By:    /s/ *Destiney Parker-Thompson*
                                                    Destiney Parker-Thompson